UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>JOE A. PEREIRA, Trustee of the Joe A. and Leta R. Pereira Family Trust, dated February 1, 1996; LETA R. PEREIRA, Trustee of the Joe A. and Leta R. Pereira Family Trust, dated February 1, 1996; and Does 1-10,<br><br>    Defendants. | Case No.: 5:18-CV-04710-EJD<br>MODIFIED<br>**ORDER** [proposed] |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for  4/4/2019  at  10  am ~~pm~~ at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required. Response to Order to Show Cause Re Settlement OR Dismissal shall be filed by March 25, 2019.

IT IS SO ORDERED.

Dated: 2/1/2019

_____
HONORABLE EDWARD J. DAVILA
United States District Judge

Order [proposed]                    -1-                    5:18-CV-04710-EJD